IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: GEOFFREY DREW, M.D., et al. v. AMERICAN HOME PRODUCTS, INC. | CIVIL ACTION NO. 00-21044 |

PRETRIAL ORDER NO. 8859

AND NOW, this 30th day of March, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiffs for suggestion of remand to the United States District Court for the Southern District of California (Doc. #3) is DENIED.

BY THE COURT:

_____ J.