IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: ) ) GEOFFREY DREW, M.D., et al. ) ) v. ) ) AMERICAN HOME PRODUCTS, INC. ) ) | CIVIL ACTION NO. 00-21044 |

## PRETRIAL ORDER NO. 8861

AND NOW, this 9th day of April, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Wyeth (previously known as American Home Products Corporation) for judgment on the pleadings as to plaintiffs Richard Powell, Hing Kwee, and George Weiss (Doc. #23) is GRANTED.

BY THE COURT:

_____
                                        J.